1  Jeremy T. Bergstrom, Esq.                                    E-filed on May 23, 2008
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 08-91315

5  Attorneys for Secured Creditor
   COUNTRYWIDE HOME LOANS, INC.
6
                    **UNITED STATES BANKRUPTCY COURT**
7                        **DISTRICT OF NEVADA**

8  In Re,                                        BK No.: BK-S-08-14945-MKN

9  PAUL GEORGE,                                  Chapter 13

10                  Debtor(s).                   **REQUEST FOR SPECIAL NOTICE**

11 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
   ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.
12
          PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and
13
   Bankruptcy Rules, Secured Creditor, COUNTRYWIDE HOME LOANS, INC., requests that all
14
   notices given in this case and all papers served or required to be served in this case (including,
15
   but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and
16
   Trustee's No-Asset Report), be given to and served upon the undersigned at the following
17
   address and telephone number.
18
          Jeremy T. Bergstrom, Esq.
19        MILES, BAUER, BERGSTROM & WINTERS, LLP
          2200 Paseo Verde Pkwy., Suite 250
20        Henderson, NV  89052
          PH (702) 369-5960
21
                                   MILES, BAUER, BERGSTROM & WINTERS, LLP
22
   Dated:    May 23, 2008        By:    /s/ Jeremy T. Bergstrom, Esq.
23                                       Jeremy T. Bergstrom, Esq.
                                         Attorney for Secured Creditor
24

                                            1

1

**CERTIFICATE OF MAILING**

2          The undersigned hereby certifies that on   May 23, 2008          , a copy of the

3    **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

4    true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

5    States Mail, addressed as follows:

6    ATTORNEY FOR DEBTOR:
     Narrah F. Newark
7    Weiss & Weiss
     2300 W. Sahara #500, Box 34
8    Las Vegas, NV 89102

9    CHAPTER 13 TRUSTEE:
     Kathleen A. Leavitt
10   302 E. Carson Avenue #300
     Las Vegas, NV  89101

11
          I declare under penalty of perjury under the laws of the State of Nevada that the
12
     foregoing is true and correct.
13
                                   /s/Tracy Gallagher
14                                 An Employee of Miles, Bauer, Bergstrom & Winters, LLP
     **(08-91315/rfsnlv.dot/tlg)**

15

16

17

18

19

20

21

22

23

24

2