NEWARK & NEWARK LAW FIRM
RICHARD C. NEWARK, ESQ.
Nevada Bar #002763
NARRAH F. NEWARK, ESQ.
Nevada Bar #008201
201 Las Vegas Blvd, S., #350
Las Vegas, NV 89101
(702) 888-2525
Fax: (702) 888-2526
E-mail: BK@nnbklaw.com
Attorneys for Debtor(s)

E-Filed on September 14, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

**PAUL GEORGE**

Debtor(s).

Chapter 13
Case No. 08-14945-mkn

DATE: 9/30/09
TIME: 1:30 p.m.

### OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, the Debtor, PAUL GEORGE, by and through his attorneys, NEWARK & NEWARK LAW FIRM, and respectfully requests this Court to deny the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed by AMERICA'S SERVICING COMPANY, by and through its attorneys, GREGORY L. WILDE, of WILDE & ASSOCIATES and TIFFANY & BOSCO.

### POINTS AND AUTHORITIES

11 USC Section 362 (d) (1) states that the Court may terminate, modify or condition stay

> "for cause, including the lack of adequate protection of an interest in property of such party in interest;---"

11 USC Section 362 (d) (2) the Court may terminate, modify or condition a stay

> "with respect to a stay of an act against property under subsection (a) of this section, if-
>
> (A)   the debtor does not have an equity in such property AND

(B)  such property is not necessary to an effective reorganization

## STATEMENT OF FACTS

Debtor's property has liens of approximately $195,128.99 for the property located at 6144 Camino De Rosa Dr., Las Vegas, NV 89108, and the home is necessary for an effective reorganization. Debtor believes that he may minimal equity in the property.

11 USC Section 362 (d) (1) may apply as:

1.  Debtor acknowledges that if he is late on the post petition mortgage payments, he will need some time to acquire the necessary funds to cure all post-petition arrearages.

2.  Debtor's intention is to stay current on future post-petition mortgage payments.

THEREFORE, Debtor requests that the motion filed be denied under 11 USC Section (d) (1) or (2), and that any action on creditor's behalf be stayed for an adequate amount of time to allow Debtor to become current on the post petition mortgage arrearages, if necessary, and/or to Stipulate to an Order Re Adequate Protection.

Respectfully submitted:

NEWARK & NEWARK

By: /s/ NARRAH F. NEWARK
NARRAH F. NEWARK, ESQ.
NB#008201
Attorney for Debtor(s)


**CERTIFICATE OF MAILING OF OPPOSITION TO MOTION
FOR RELIEF FROM AUTOMATIC STAY**

I hereby certify that on September 14, 2009, I faxed and mailed a true and correct copy by facsimile, ECF and/or by first class mail, postage prepaid, to the below named the OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY:

ASC
c/o Greg Wilde, Esq.
Wilde & Associates
208 S. Jones
Las Vegas, NV 89107
**VIA FACSIMILE & ECF**

Kathleen Leavitt, Trustee
201 Las Vegas Blvd, S., #350
Las Vegas, NV 89101
**VIA ECF**

Paul George
6613 Grand Stand
Las Vegas, NV 89131

/s/ Betsy L. Smith
An employee of NEWARK & NEWARK LAW FIRM

## ** SECTION 362 INFORMATION SHEET **

Paul George  
DEBTOR(S)

Chapter 13  
Case No.: 08-14945-mkn

America's Servicing Company  
MOVANT  
PROPERTY INVOLVED IN THIS MOTION: 6144 Camino De Rosa Dr., Las Vegas NV 89108

NOTICE SERVED ON: Debtor(s) ____x____; Debtor(s) Counsel ____x____; Trustee ____x____

DATE OF SERVICE: _____

### MOVING PARTY'S CONTENTIONS:

The EXTENT and PRIORITY of LIENS:

1st America's Servicing Company

(PB $195,128.99)

Total Encumbrances: $195,128.99

APPRAISAL or OPINION as to VALUE:  
"Per attached Schedule "A" $380,000.00

### TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR

Amount of Note: $210,000.00  
Interest Rate: 5.625  
Duration: 30 Year  
Payment Per Month: $ 1,454.84  
Date of Default: July 1, 2009  
Amount of Arrearages: $5,383.76  
Date of Notice of Default: August 28, 2009  
SPECIAL CIRCUMSTANCES: I, Gregory L. Wilde, hereby certify that an attempt has been made to confer with debtor(s) counsel, or with debtor(s) and that more than two (2) business days have expired, and that after sincere effort to do so, counsel has been unable to resolve this matter without court action.

SUBMITTED BY: _____  
SIGNATURE: [signature]

### DEBTOR'S CONTENTIONS:

The EXTENT and PRIORITY of LIENS:

1st _____

2nd _____

Total Encumbrances: $_____

APPRAISAL or OPINION as to VALUE:

### OFFER OF "ADEQUATE PROTECTION" FOR MOVANT:

SPECIAL CIRCUMSTANCES:

SUBMITTED BY: _____

SIGNATURE: _____

EXHIBIT